# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Daren Earl Ridley | )<br>)<br>) Case No: 1:93CR00148-002<br>) USM No: 44575-028<br>) |
| Date of Original Judgment: 11/22/1994<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Juval Scott<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 390 months **is reduced to** 327 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/22/1994 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/30/12

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____ *
*(if different from order date)*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.



A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk